**Sheila A. DRIEMEYER, Respondent,**

v.

**James LEAHY, Appellant.**

**No. ED 102227**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: October 6, 2015

Jonathan D. Marks, Four City Place Dr., Suite 497, St. Louis, MO 63141, for appellant.

Vita G. Tocco, 121 Chesterfield Business Parkway, Chesterfield, MO 63005, for respondent.

***ORDER***

James Leahy ("Husband") appeals a judgment for contempt arising out of an alleged breach of a settlement agreement incorporated into a judgment dissolving his marriage to Sheila A. Driemeyer ("Wife").

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err. An ex-

tended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).